# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  02-cr-00260-REB |
| JAIME GARZA | USM Number:  26932-177 |
| | Janine Yunker, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Drug/Alcohol Treatment as Directed by the Probation Officer | 09/07/05 |
| 2 | Failure to Participate in Drug/Alcohol Treatment as Directed by the Probation Officer | 08/09/05 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 20, 2006
Date of Imposition of Judgment
s/ Robert E. Blackburn

Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge
January 24, 2006

Date

DEFENDANT:  JAIME GARZA
CASE NUMBER:  02-cr-00260-REB                                                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug/Alcohol Treatment as Directed by the Probation Officer | 09/30/05 |
| 4 | Failure to Work Regularly at a Lawful Occupation | 06/30/05 |
| 5 | Failure to Notify Probation Officer of Change of Employment | 06/30/05 |
| 6 | Failure to Follow the Instructions of the Probation Officer | 09/05/05 |
| 7 | Failure to Follow the Instructions of the Probation Officer | 04/25/05 |
| 8 | Failure to Turn in Monthly Written Reports | 09/05/05 |
| 9 | Failure to Pay Fine and Assessment Fee | 08/31/05 |

DEFENDANT: JAIME GARZA
CASE NUMBER: 02-cr-00260-REB                                                      Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____

DEFENDANT:  JAIME GARZA
CASE NUMBER:  02-cr-00260-REB                                                                 Judgment-Page 4 of 3

                                                                                              Deputy United States Marshal

DEFENDANT:  JAIME GARZA
CASE NUMBER:  02-cr-00260-REB                                                                 Judgment-Page 4 of 3